UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ X
MARVEL CHARACTERS, INC.,

                      Movant,

        - against -

WORLD WRESTLING ENTERTAINMENT, INC.,

                      Respondent.
------------------------------------------------------------ X

Civil Action No.
3:04-MC-242(SRU)

**MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

**PLEASE TAKE NOTICE** that Marvel Characters, Inc. ("Marvel") hereby moves this Court, at the Brien McMahon Federal Building, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604, pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, to compel World Wrestling Entertainment, Inc. to produce documents responsive to a subpoena served on it by Marvel to obtain discovery relevant to Marvel Characters, Inc. v. Terry Bollea, Civil Action No. 03 CV 8995(BSJ) (FM), pending in the United States District Court for the Southern District of New York. In support of this motion, Marvel submits its Memorandum of Law and the Declaration of Rose Auslander, sworn to April 29, 2004, together with the Exhibits thereto.

**ORAL ARGUMENT IS REQUESTED**



FILED 2004 MAY -3 P 2:46 U.S. DISTRICT COURT BRIDGEPORT CONN

EXHIBIT 2    EXHIBIT 3    EXHIBIT 4