# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARVEL CHARACTERS, INC., | : | Civil Action No. |
| | : | 3:04-MC-242 (SRU) |
| Movant, | : | |
| | : | |
| - against - | : | |
| | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | MAY 11, 2004 |
| | : | |
| | : | |
| Respondent. | : | |

## ENTRY OF APPEARANCE

TO:  Office of the Clerk
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604


Please enter the appearance of the undersigned in the above-captioned matter on behalf of

Respondent World Wrestling Entertainment, Inc.


                                                   _____
Richard P. Colbert (ct08721)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300 – Telephone
(203) 977-7301 – Facsimile
rpcolbert@dbh.com – E-mail

-2-

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent by first class mail this 11th day of May 2004, to:

Glenn Lau-Kee, Esq.
Koo Larrabee Lau-Kee & Lane, LLP
106 Corporate Park Drive, Ste. 110
White Plains, NY 10604

 

_____
Terence J. Gallagher