## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVEL CHARACTERS, INC., | : Civil Action No. |
| | : 3:04-MC-242 (SRU) |
| Movant, | : |
| | : |
| - against - | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : MAY 11, 2004 |
| | : |
| | : |
| Respondent. | : |

## ENTRY OF APPEARANCE

TO:   Office of the Clerk
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604


Please enter the appearance of the undersigned in the above-captioned matter on behalf of Respondent World Wrestling Entertainment, Inc.

_____
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300 – Telephone
(203) 977-7301 – Facsimile
tjgallagher@dbh.com – E-mail

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent by first class mail this 11th day of May 2004, to:

Glenn Lau-Kee, Esq.
Koo Larrabee Lau-Kee & Lane, LLP
106 Corporate Park Drive, Ste. 110
White Plains, NY 10604

 

_____
Terence J. Gallagher