# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Terence J. Gallagher
Direct Dial: (203) 977-7594
E-mail: tjgallagher@dbh.com

FILED 2004 MAY 25 A 11: 23
U.S. DISTRICT COURT
BRIDGEPORT, CONN

RECEIVED 2004 MAY 25 P 9: 55
CHAMBERS JANET C. HALL
U.S. DISTRICT JUDGE

May 24, 2004

The Honorable Janet C. Hall
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: Marvel Characters, Inc. v. World Wrestling Entertanment, Inc.,
3:04-MC-242 (JCH)

Dear Judge Hall:

We represent World Wrestling Entertainment, Inc. ("WWE") in the above-captioned miscellaneous proceeding. The parties have reached agreement with respect to the subject matter of Marvel Characters, Inc.'s ("Marvel") Motion to Compel. Counsel for Marvel has informed counsel for WWE that Marvel's motion to compel will be withdrawn promptly.

Respectfully submitted,

Terence J. Gallagher

cc: Rose Auslander, Esq.
Glenn Lau-Kee, Esq.
Curtis B. Krasik, Esq.
Richard P. Colbert, Esq.

One Canterbury Green | Stamford, CT 06901 | t 203 977 7300 f 203 977 7301
Boston  Greenwich  Hartford  New York  Stamford  www.dbh.com