## Day, Berry & Howard LLP

**FILED** COUNSELLORS AT LAW

RECEIVED

Terence J. Gallagher
Direct Dial: (203) 977-7594
E-mail: tjgallagher@dbh.com

2004 MAY 25 A II: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

2004 MAY 25 P 9: 55

CHAMBERS JANET C. HALL
U.S. DISTRICT JUDGE

May 24, 2004

The Honorable Janet C. Hall
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

> Re:   Marvel Characters, Inc. v. World Wrestling Entertanment, Inc.,
>        3:04-MC-242 (JCH)

Dear Judge Hall:

We represent World Wrestling Entertainment, Inc. ("WWE") in the above-captioned miscellaneous proceeding. The parties have reached agreement with respect to the subject matter of Marvel Characters, Inc.'s ("Marvel") Motion to Compel. Counsel for Marvel has informed counsel for WWE that Marvel's motion to compel will be withdrawn promptly.

Respectfully submitted,

Terence J. Gallagher

cc:   Rose Auslander, Esq.
       Glenn Lau-Kee, Esq.
       Curtis B. Krasik, Esq.
       Richard P. Colbert, Esq.